Docusign Envelope ID: 8073F2C9-153C-42E9-8493-654431526965

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-0927

| | |
|---|---|
| **BRENT ROBERTS and REGINALD E. BLOOM, JR.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GASTON COUNTY, NORTH CAROLINA, GASTON COUNTY BOARD OF COUNTY COMMISSIONERS, CHAD BROWN, In His Individual Capacity, and STEPHEN ZILL, In His Individual Capacity.** <br> Defendants. | **DECLARATION OF WILLIAM DOWNEY** |

I, William P. Downey, II, according to 28 U.S.C.§ 1746, declare as follows:

1. I am over the age of eighteen and am competent to testify and make this declaration based upon my personal knowledge.

2. I am employed by Gaston County, North Carolina and assigned to serve as a police officer for the Gaston County Police Department ("GCPD"). I currently hold the rank of Captain with GCPD.

3. I have been employed by Gaston County, North Carolina and assigned to serve as a police officer for GCPD since 1997.

4. On or about December 14, 2023, I met with attorney Jenny Sharpe at her law office to obtain legal advice.

EXHIBIT B

5. I paid Ms. Sharpe a consultation fee of approximately $400.00 and discussed with her potential legal claims related to my employment with Gaston County, North Carolina. I also provided her with written notes regarding my employment.

6. Ms. Sharpe provided me with legal advice during and as a result of our meeting.

7. I expected my conversation with Ms. Sharpe to be confidential and protected by the attorney-client privilege.

8. As a Captain with GCPD, I work alongside the Plaintiffs who also hold the rank of Captain.

9. I have read the complaint filed by Plaintiffs and believe that my discussion with Ms. Sharpe on or about December 14, 2023 included information that is the same and/or substantially related to the litigation involving Plaintiffs.

10. Ms. Sharpe has requested to take my deposition in the above-referenced matter.

11. I believe that she is likely to ask questions that are the same and/or substantially related to the information I provided to her during our meeting on or about December 14, 2023.

12. I do not intend to waive the attorney-client privilege if deposed by Ms. Sharpe.

13. **I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED this the 7th day of October, 2025.

*William P. Downey*
William P. Downey, II