# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-927-DCK

| | |
|---|---|
| BRENT ROBERTS and REGINALD E. BLOOM, JR., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>GASTON COUNTY, NORTH CAROLINA, et al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

Having considered the record of the case, the undersigned finds that a Status and Motions Hearing may assist the Court's disposition of the pending motions, if the Parties are unable to resolve this matter without Court intervention by the Mediation Report deadline of March 13, 2026.

**IT IS, THEREFORE, ORDERED** that counsel for the Parties shall appear before the Court prepared to discuss the status of the case and any progress towards settlement, and to argue any pending motions, in Courtroom 1A at 2:00 PM on **March 18, 2026**.

**SO ORDERED**.

Signed: February 18, 2026

David C. Keesler
United States Magistrate Judge