IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-0927-DCK

| | |
|---|---|
| BRENT ROBERTS and REGINALD E. BLOOM, JR., <br><br> Plaintiffs, <br><br> v. <br><br> GASTON COUNTY, NORTH CAROLINA, GASTON COUNTY BOARD OF COUNTY COMMISSIONERS, CHAD BROWN, In His Individual Capacity, and STEPHEN ZILL, In His Individual Capacity. <br><br> Defendants. | **SECOND CONSENT MOTION TO AMEND THE DEADLINES CONTAINED IN THE CASE MANGEMENT ORDER** |

**NOW COME** Defendants Gaston County, North Carolina, Gaston County Board of County Commissioners, Chad Brown, and Stephen Zill ( the "Defendants") with the consent of Plaintiffs Brent Roberts and Reginald E. Bloom, Jr. (the "Plaintiffs") (together, the "Parties"), by and through its undersigned counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7.1, and hereby move the Court for an Order amending the deadlines set forth in this Court's Case Management Order entered on April 10, 2025 [ECF No. 58] and modified by the consent of the Parties and Order of the Court on August 22, 2025 [ECF No. 68]. In support of this Motion, the Parties show the Court as follows:

1. The Parties have been diligently engaged in discovery since serving their respective requests on each other but have encountered various delays impeding completion of discovery. For example, Defendants' collection of electronically stored information ("ESI") for production involved thousands of documents, required the retention and assistance of a third-party vendor, and took a number of months to complete.

2. The Parties have noticed and taken the depositions of both Plaintiffs, Defendants Zill and Brown, and 6 other witnesses. Additionally, the depositions of 4 witnesses each carried over into a second day of deposition which the Parties have also completed. The Parties have 2 other fact witness depositions currently scheduled for March and are trying to schedule a third fact witness deposition in March.

3. Additionally, Plaintiffs timely identified 2 expert witnesses in December 2026 and, by agreement of the Parties, provided the expert report of one of Plaintiffs' designated experts on January 16, 2026. Defendants have requested to depose both of Plaintiffs' experts. Defendants identified one expert witness whom Plaintiffs wish to depose. Despite the Parties' diligent efforts to timely schedule and complete expert depositions, one of Plaintiffs' expert witnesses is unavailable to be deposed until April 2026. Further, counsel for the respective parties have been involved in other litigation pending in this district.

4. The Parties are otherwise prepared to continue working diligently towards completing discovery. However, the Parties will need the additional time requested in the instant Motion to do so.

5. The current discovery deadline is February 27, 2026, the mediation deadline is March 13, 2026, and the dispositive motions deadline is March 31, 2026. Thus, the time has not yet expired for the Parties to complete discovery and submit dispositive motions.

6. Defendants, with the consent of Plaintiffs, request that the Court extend the discovery deadline and dispositive motions deadline by 60 days to **April 28, 2026** (Discovery), **May 15, 2026** (Mediation), and **May 29, 2026** (Dispositive Motions).

7. Defendants make this Motion in good faith for the reasons stated and not for purposes of delay.

**WHEREFORE**, Defendants respectfully request their Second Consent Motion to Amend Deadlines Contained in the Case Management Order as noted herein.

Respectfully submitted this 20th day of February 2026.

| | |
|---|---|
| _/s/ Jennifer B. Milak_ | _/s/ Kathleen K. Lucchesi_ |
| Jennifer B. Milak | Kathleen K. Lucchesi |
| Teague Campbell Dennis & Gorham, LLP | Daniel Leake |
| Post Office Box 19207 | Jackson Lewis, PC |
| Raleigh, NC 27619-9207 | 200 S. College St., Ste. 1550 |
| E: jmilak@teaguecampbell.com | Charlotte, NC 28202 |
| *Attorney for Defendant Brown* | E: Kathleen.lucchesi@jacksonlewis.com |
| | E: Daniel.leake@jacksonlewis.com |
| | *Attorneys for Defendants Gaston County, North Carolina, Gaston County Board of County Commissioners, and Stephen Zill* |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-0927-DCK

BRENT ROBERTS and
REGINALD E. BLOOM, JR.,

      Plaintiffs,

v().

GASTON COUNTY, NORTH CAROLINA, GASTON COUNTY BOARD OF COUNTY COMMISSIONERS, CHAD BROWN, In His Individual Capacity, and STEPHEN ZILL, In His Individual Capacity.

      Defendants.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 20, 2026, the foregoing **DEFENDANTS' SECOND CONSENT MOTION TO AMEND THE DEADLINES CONTAINED IN THE CASE MANAGEMENT ORDER** was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which shall provide service to the following:

| | | |
|---|---|---|
| Jenny L. Sharpe<br>J Sharpe PLLC<br>15720 Brixham Hill Ave<br>Suite 300<br>Charlotte, NC 28277<br>E: sharpeattroney@gmail.com<br>*Attorney for Plaintiff* | Julie H. Fosbinder<br>Fosbinder Law Office<br>840 Seneca Place<br>Charlotte, NC 28210<br>P: 704-560-8600<br>E: jhanfos2@gmail.com<br>*Attorney for Plaintiff* | Jennifer B. Milak<br>Teague Campbell Dennis &<br>Gorham, LLP<br>Post Office Box 19207<br>Raleigh, NC 27619-9207<br>E: jmilak@teaguecampbell.com<br>*Attorney for Defendant Brown* |

      **JACKSON LEWIS P.C.**

BY:  */s/ Kathleen K. Lucchesi*
      KATHLEEN K. LUCCHESI
      *Attorney for Defendants Gaston County, North Carolina, Gaston County Board of County Commissioners, and Stephen Zill*