# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Civil Action No. 3:24-cv-0927-DCK

| | |
|---|---|
| **BRENT ROBERTS and**<br>**REGINALD E. BLOOM, JR.,** | ) |
| | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **GASTON COUNTY, NORTH CAROLINA,** | ) |
| **GASTON COUNTY BOARD OF COUNTY** | ) |
| **COMMISSIONERS, in its official capacity,** | ) |
| **CHAD BROWN, In His Individual Capacity,** | ) |
| **And STEPHEN ZILL, In His Individual** | ) |
| **Capacity,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**THIRD JOINT MOTION TO EXTEND REPORT OF**
**MEDIATED SETTLEMENT CONFERENCE & STATUS REPORT**

COME NOW the Plaintiffs, Brent Roberts and Reginald E. Bloom, Jr., and the

Defendants, Gaston County, NC, the Gaston County Board of County Commissioners, and Chad

Brown and Stephen Zill, in their individual capacities (together, the "Parties"), by and through

the undersigned counsel, pursuant to Federal Rules of Civil Procedure 6 and 16 and Local Civil

Rule 7.1, and respectfully move to modify and extend the date for the filing of a Mediator's

report.  In support of this Motion, the Parties state as follows:

1. On March 13, 2026, the Parties filed a Joint Motion to Extend Report of Mediated

    Settlement Conference.  On March 16, 2026, this Court granted the Parties' motion

1

and extended the mediation report deadline to March 18, 2026 and canceled the Status and Motions Hearing scheduled for March 18, 2026. (Doc. 89).

2. On March 18, 2026, the Parties filed a Second Joint Motion to Extend Report of Mediated Settlement Conference. (Doc. 90). On March 19, 2026, this Court granted the Parties' motion and extended the mediation report deadline to March 25, 2026

3. As of the filing of the present motion, the Parties are continuing their efforts to resolve this matter through mediation. The Parties and the mediator agree that continuing negotiations are likely to be productive. The Parties, as of the filing of this Motion, have not yet reached an impasse. As a result, the Parties request an extension of the Mediation Report deadline to Wednesday, April 1, 2026.

4. Counsel for Plaintiff attempted to file the present motion on behalf of the parties on the evening of March 25, 2026, but encountered a technical difficulty accessing the PACER system.

WHEREFORE, the Parties respectfully request an Order modifying and extending the date by which the mediator's report in this matter shall be filed by Wednesday, April 1, 2026.

This the 26th day of March, 2026.

**FOR THE PLAINTIFFS:**

*/s/ Jenny L. Sharpe*
Jenny L. Sharpe
N.C. State Bar No. 13698
**J SHARPE, PLLC**
15720 Brixham Hill Avenue Suite 300
Charlotte, NC  28277
Telephone: (704) 944-3272
Facsimile: (704) 944-3201
Email: sharpeattorney@gmail.com

*/s/ Julie H. Fosbinder*
Julie H. Fosbinder
N.C. State Bar No. 19400
**FOSBINDER LAW OFFICE**
840 Seneca Place
Charlotte, North Carolina  28210
Telephone:  (704) 560-8600
Email:  Jhanfos2@gmail.com

**FOR DEFENDANTS GASTON COUNTY, NC,
GASTON CO. BOCC, AND STEPHEN ZILL:**

*/s/ Kathleen K. Lucchesi*
Kathleen K. Lucchesi
N.C. State Bar No. 24386
*/s/ Daniel Q. Leake, II*
Daniel Q. Leake, II
N.C. State Bar No. 58370
**JACKSON LEWIS, P.C.**
200 S. College Street, Ste. 1550
Charlotte, North Carolina
Telephone: (980) 465-7237
Email: Kathleen.Lucchesi@jacksonlewis.com
Email: Daniel.Leake@jacksonlewis.com

**FOR DEFENDANT CHAD BROWN:**

*/s/ Jennifer B. Milak*
Jennifer B. Milak
N.C. State Bar No. 28853
**TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP**
Post Office Box 19207
Raleigh, North Carolina  27619-9207
Telephone: (919) 873-0166
Email: jmilak@teaguecampbell.com