**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:24-cv-0927-DCK**

| | |
|---|---|
| **BRENT ROBERTS and** | ) |
| **REGINALD E. BLOOM, JR.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **GASTON COUNTY, NORTH CAROLINA,** | ) |
| **GASTON COUNTY BOARD OF COUNTY** | ) |
| **COMMISSIONERS, in its official capacity,** | ) |
| **CHAD BROWN, In His Individual Capacity,** | ) |
| **And STEPHEN ZILL, In His Individual** | ) |
| **Capacity,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Brent Roberts and the Defendants, Gaston County, North Carolina, the

Gaston County Board of County Commissioners, and Chad Brown, in his individual and official

capacity, and Stephen Zill, in his individual and official capacity, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against each of the

named Defendants with prejudice. Each party named in this Stipulation shall bear their own costs

and attorneys' fees incurred in connection with this matter.

Respectfully submitted this 14th day of May, 2026.

1

**FOR THE PLAINTIFFS:**

*/s/ Jenny L. Sharpe*
Jenny L. Sharpe, Esq.
N.C. State Bar No. 13698
**J SHARPE, PLLC**
15720 Brixham Hill Avenue
Suite 300
Charlotte, NC  28277
Telephone: (704) 944-3272
Facsimile:  (704) 944-3201
Email: sharpeattorney@gmail.com

*/s/ Julie H. Fosbinder*
Julie H. Fosbinder
N.C. State Bar No. 19400
**FOSBINDER LAW OFFICE**
840 Seneca Place
Charlotte, North Carolina 28210
Telephone: (704) 560-8600
Email: Jhanfos2@gmail.com


**FOR DEFENDANTS GASTON COUNTY NC GASTON COUNTY BOARD
OF COUNTY COMMISSIONERS & STEPHEN ZILL:**

*/s/ Kathleen K. Lucchesi*
Kathleen K. Lucchesi
N.C. State Bar No. 24386
Kelly A. Walker
N.C. State Bar No. 49535
**LITTLER MENDELSON P.C.**
620 S. Tryon Street Ste. 950
Charlotte North Carolina 28202 Telephone:
(704) 972-7003
Facsimile: (980) 346-5389
Email: kluccchesi@Littler.com
Email: kewalker@littler.com

2

**FOR DEFENDANT CHAD BROWN:**

*/s/ Jennifer B. Milak*
Jennifer B. Milak
N.C. State Bar No. 28853
**TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP**
Post Office Box 19207
Raleigh, North Carolina 27619-9207
Telephone: (919) 873-0166
Email: jmilak@teaguecampbell.com

3