|  |  |
|---|---|
| BRENT ROBERTS and<br>REGINALD E. BLOOM, JR., | ) |
|  | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| GASTON COUNTY, NORTH CAROLINA,<br>GASTON COUNTY BOARD OF COUNTY<br>COMMISSIONERS, in its official capacity,<br>CHAD BROWN, In His Individual Capacity,<br>And STEPHEN ZILL, In His Individual<br>Capacity, | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE—CLAIM AGAINST DEFENDANT BROWN

The Plaintiff, Reginald E. Bloom, Jr. and the Defendant Chad Brown, in his individual and official capacity pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant Brown with prejudice. Each party named in this Stipulation shall bear their own costs and attorneys' fees incurred in connection with this matter.

Respectfully submitted this 23rd day of May, 2026.

1

**FOR THE PLAINTIFFS:**

*/s/ Jenny L. Sharpe*
Jenny L. Sharpe, Esq.
N.C. State Bar No. 13698
**J SHARPE, PLLC**
15720 Brixham Hill Avenue
Suite 300
Charlotte, NC  28277
Telephone: (704) 944-3272
Facsimile:  (704) 944-3201
Email: sharpeattorney@gmail.com

*/s/ Julie H. Fosbinder*
Julie H. Fosbinder
N.C. State Bar No. 19400
**FOSBINDER LAW OFFICE**
840 Seneca Place
Charlotte, North Carolina  28210
Telephone:  (704) 560-8600
Email:  Jhanfos2@gmail.com


**FOR DEFENDANT CHAD BROWN:**

*/s/ Jennifer B. Milak*
Jennifer B. Milak
N.C. State Bar No. 28853
**TEAGUE, CAMPBELL, DENNIS & GORHAM, LLP**
Post Office Box 19207
Raleigh, North Carolina  27619-9207
Telephone: (919) 873-0166
Email: jmilak@teaguecampbell.com

2