**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-0927-DCK**

| | |
|---|---|
| **REGINALD E. BLOOM, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **GASTON COUNTY, NORTH CAROLINA,** | ) |
| **THE GASTON COUNTY BOARD OF** | ) |
| **COUNTY COMMISSIONERS, and CHAD BROWN,** | ) |
| **In His Individual Capacity and STEPHEN ZILL, In** | ) |
| **His Individual Capacity.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL
MOTION TO ENFORCE SETTLEMENT AGREEMENT,
FOR SANCTIONS & FOR AN EVIDENTIARY HEARING TO SHOW CAUSE
WHY SANCTIONS SHOULD NOT BE IMPOSED, AND SUPPORTING DOCUMENTS**

Plaintiff Reginald E. Bloom, Jr., pursuant to Federal Rules of Civil Procedure 5.2 and

Local Rules of the U.S. District Court for the Western District of North Carolina, Rule 6.1 and 7,

respectfully moves for leave to file under seal his Motion to Enforce Settlement Agreement, for

Sanctions and for an Evidentiary Hearing, and supporting Memorandum and Declaration.

Yesterday, Plaintiff requested Defendants consent to filing under seal but did not yet receive a

response to that request.

In support of this Motion, Plaintiff states that the Motion to Enforce Settlement

Agreement, for Sanctions and an Evidentiary Hearing and supporting documents refer to

communications with counsel for the Defendants that were made after a written settlement

1

agreement (hereafter the "Bloom Agreement") with Defendants Gaston County, the Gaston County Board of County Commissioners, and Stephen Zill was accepted by Bloom. Defendants state that the Bloom Agreement was submitted to and rejected by the Gaston County Board of County Commissioners at a closed session meeting on May 26, 2026.

The communications which form the basis of Plaintiff's Motion to Enforce Settlement Agreement, for Sanctions and an Evidentiary Hearing were made after weeks of settlement negotiations following a formal mediation conference held on March 10, 2026. At that mediation conference, a Mediation Confidentiality Agreement was signed by the parties. (Exh. A, attached.) Because the Mediation Confidentiality Agreement may apply to some of the communications between counsel that are recited and attached to Plaintiff's motion for sanctions, Plaintiff seeks to file these documents under seal.

WHEREFORE, based upon the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff's motion to seal his Motion to Enforce Settlement Agreement, for Sanctions & for An Evidentiary Hearing to Show Cause Why Sanctions Should Not be Imposed, the Declaration, and the supporting Memorandum. Plaintiff requests that the material remain sealed until such time as the motion is resolved. There are no alternatives to filing under seal until the Court rules on the admissibility of counsel's communications.

This the 10th day of June 2026.

/s/ Jenny L. Sharpe
Jenny L. Sharpe
Attorney for Plaintiffs
N.C. State Bar No. 13698
**J SHARPE, PLLC**
15720 Brixham Hill Avenue
Suite 300
Charlotte, NC  28277

2

Telephone: (704) 944-3272
Facsimile: (704) 944-3201
Email: sharpeattorney@gmail.com

*/s/ Julie H. Fosbinder*
Julie H. Fosbinder
Attorney for Plaintiffs
N.C. State Bar No. 19400
**FOSBINDER LAW OFFICE**
840 Seneca Place
Charlotte, North Carolina  28210
Telephone: (704) 333-1428
Facsimile: (704) 560-8600
Email:  Jhanfos2@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that she has served a copy of the foregoing

**Plaintiff's Motion for Leave to File Under Seal his Motion to Enforce Settlement Agreement for Sanctions & for An Evidentiary Hearing to Show Cause Why Sanctions Should Not be Imposed, and a supporting Memorandum and Declaration,** via email to the following individuals:

Kathleen K. Lucchesi
Littler Mendelson P.C.
620 S. College Street, Ste. 905
Charlotte, North Carolina 28202
Email: KLucchesi@littler.com
*Attorney for Defendants Gaston County, the Gaston County Board of County Commissioners, & Stephen Zill*

Jennifer B. Milak
**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**
Post Office Box 19207
Raleigh, North Carolina  27619-9207
Email: jmilak@teaguecampbell.com
*Attorney for Chad Brown*

This the 10th day of June, 2026.

3

<u>*/s/ Julie H. Fosbinder*</u>
Julie H. Fosbinder
Counsel for Plaintiff

4