# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CASE NO: 3:24-CV-00927-DCK

BRENT ROBERTS
and REGINALD E. BLOOM, JR., )

    Plaintiffs, )

v. )

        **CERTIFICATION OF**
        **MEDIATION SESSION**

GASTON COUNTY, NORTH
CAROLINA, GASTON COUNTY BOARD )
OF COUNTY COMMISSIONERS, CHAD )
BROWN, and STEPHEN ZILL, )

    Defendants. )

The undersigned mediator reports the following result of a Mediated Settlement Conference held on March 10, 2026, and continued through June 11, 2026.

    1.    The following individuals, parties, corporate representatives, and/or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

        __X__    All individual parties and their counsel.
        __X__    Designated corporate and organizational representatives.
        __X__    Required claims professionals.
        _____    Other (describe).

    2.    The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered: __Not Applicable__.

    3.    The outcome of the mediation session was:

_____    <u>The parties have reached an impasse</u>.

_____    <u>The case has completely settled</u>. Counsel will promptly notify the Court of settlement by:

        _____    The filing of a settlement agreement signed by the parties within thirty (30) days of the filing of this report.

        _____    The filing of a stipulation of dismissal signed by the parties within thirty (30) days of the filing of this report.

_____X_____ <u>The case has been partially resolved</u>. The claims asserted by Plaintiff Brent Roberts have been resolved and counsel has filed a stipulation of dismissal. Plaintiff Reginald E. Bloom, Jr. has filed a dismissal of his claims against Defendant Chad Brown. Plaintiff Bloom and the remaining Defendants have reached an impasse in the mediation with respect to the claims asserted by Plaintiff Bloom against Defendants Gaston County, North Carolina, Gaston County Board of County Commissioners, and Stephen Zill.

I certify that the above is a true and accurate report regarding the result of the Mediated Settlement Conference.

This 11th day of June, 2026.

Sarah Kromer, Mediator

Kromer Law Group, PLLC
7615 Colony Road, Suite 210
Charlotte, North Carolina 28226
Phone: (704) 688-5040
Email: sarah@kromergroup.com

<u>CERTIFICATE OF SERVICE</u>

I certify that I have this date served counsel for all parties with the Certification of Mediation Session by sending a copy thereof to the following via email:

Ms. Jenny Sharpe
J Sharpe PLLC
15720 Brixham Hill Avenue, Suite 300
Charlotte, NC 28277
sharpeattorney@gmail.com

Ms. Julie Fosbinder
Fosbinder Law Office
840 Seneca Place
Charlotte, NC 28210
jhanfos2@gmail.com

Ms. Kathleen Lucchesi
Ms. Kelly Walker
Littler Mendelson P.C.
620 South Tryon Street, Suite 950
Charlotte, NC 28202
kluccesi@littler.com
kewalker@littler.com

Ms. Jennifer Milak
Teague Campbell Dennis & Gorham, LLP
P.O. Box 19207
Raleigh, NC 27619
jmilak@teaguecampbell.com

This 11th day of June, 2026.

Sarah Kromer, Mediator

Kromer Law Group, PLLC
7615 Colony Road, Suite 210
Charlotte, North Carolina 28226
Phone: (704) 688-5040
Email: sarah@kromergroup.com