# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | | |
|---|---|---|
| BRENT ROBERTS AND REGINALD E. BLOOM, JR. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:24 CV 00927 DCK |
| GASTON COUNTY, NORTH CAROLINA, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chairman Chad Brown and Jennifer B. Milak                                                              .

Date:      06/12/2026

/s/ J. Matthew Little
*Attorney's signature*

J. Matthew Little, 20032
*Printed name and bar number*
Teague Campbell Dennis & Gorham, LLP
P.O. Box 19207
Raleigh, NC 27619 9207

*Address*

mlittle@teaguecampbell.com
*E-mail address*

(919) 873 0166
*Telephone number*

(919) 873 1814
*FAX number*