## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISIO
### Civil Action No. 3:24-cv-0927

BRENT ROBERTS and,                          )
REGINALD E. BLOOM, JR.,                      )
                                             )
    Plaintiffs,              )
                                             )    MOTION FOR EXTENSION OF TIME
vs.                                          )
                                             )
GASTON COUNTY, NORTH                         )
CAROLINA, CHAD BROWN, In His                 )
Individual Capacity, and STEPHEN ZILL,       )
In His Individual Capacity,                  )
                                             )
    Defendants.              )

Defendants Chad Brown and Jennifer B. Milak,   through counsel, Pursuant to Fed. R. Civ. P. 6(b) and Local Rules 6.1 and 7.1 of the Rules of Practice and Procedure of the United States District Court of the Western District of North Carolina respectfully move the Court for a twenty-one day (21) extension of time to file and serve their respective responses to Plaintiff's Motion to Seal and Sealed Motion to Enforce Settlement Agreement and for Sanctions.  In support of their Motion, Movants show the Court the following:

1. On June 12, 2026, Plaintiff Bloom  filed a Motion to Seal and Sealed Motion to Enforce Settlement Agreement and for Sanctions in this matter [D.E. 106, D.E. 107, D.E. 108].

2. On June 12, 2026 following the filing of D.E. 106-108, J. Matthew Little entered his appearance as counsel for Chairman Chad Brown and attorney Jennifer Milak.  [D.E, 109].

3. The current deadline for Chairman Brown and Ms. Milak to file their respective responses  to the Motions is June 26, 2026.

4. Mr. Little is leaving for a family vacation overseas on June 13, 2026, and returning late on June 24, 2016.  On June 12, 2026 Mr. Little wrote to counsel for all parties explaining his previously scheduled family vacation and asking for a 21-day extension of time to respond to Plaintiff Bloom's Motions.  Counsel for Gaston County graciously consented to this request.  Counsel for Plaintiff Bloom refused to consent to the request.

5. Due to the complexities involved in this case and their counsel's previously scheduled family vacation, Defendant Brown and Ms. Milak are in need of a twenty-one (21) day extension of time within which to serve their responses to Plaintiff's Motion to Seal and Motion to Enforce Settlement Agreement and for Sanctions, through and including, July 17, 2026.

6. This Motion is being made in good faith and not for purposes of undue delay.

Wherefore, for the reasons set out above, Defendant Brown and attorney Milak respectfully request that the Court grant their Motion.

This the 12th day of June,  2026.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY:   */s/ J. Matthew Little*
J. Matthew Little
State Bar No. 20032
P.O. Box 19207
Raleigh, NC 27619-9207
Telephone: (919) 873-0166
Facsimile: (919) 873-1814
mlittle@teaguecampbell.com
***Attorney for Defendant Chad Brown and Jennifer B. Milak***

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon all other parties to this cause through the Court's electronic filing system and as follows:

Jenny L. Sharpe
J Sharpe, PLLC
15720 Brixham Hill Avenue
Suite 300
Charlotte, NC 28277
sharpeattorney@gmail.com
***Attorney for Plaintiff***

Julie H. Foshbinder
Foshbinder Law Office
840 Seneca Place
Charlotte, NC 28210
jhanfos2@gmail.com
***Attorney for Plaintiff***

Kathleen K. Lucchesi
Daniel Q. Leake II
Jackson Lewis
200 South College Street
Suite 1550
Charlotte, NC 28202
Kathleen.Lucchesi@jacksonlewis.com
Daniel.Leake@jacksonlewis.com
***Attorneys for Defendants Gaston County***
***and Stephen Zill***

This the 12th day of June, 2026.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: __*/s/ J. Matthew Little*_____
   J. Matthew Little
***Attorney for Defendants Chad Brown and Jennifer B.***
***Milak***