**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-0927-DCK**

| | |
|---|---|
| **BRENT ROBERTS and REGINALD E. BLOOM, JR.,**<br><br>        **Plaintiffs,**<br><br>   **v.**<br><br>**GASTON COUNTY, NORTH CAROLINA, GASTON COUNTY BOARD OF COUNTY COMMISSIONERS, in its official capacity, CHAD BROWN, in his individual capacity, and STEPHEN ZILL, in his individual capacity,**<br><br>        **Defendants.** | **DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO SEAL AND SEALED MOTION TO ENFORCE SETTLEMENT AGREEMENT AND FOR SANCTIONS** |

**COME NOW** Defendants Gaston County, NC, Gaston County Board of County Commissioners, and Stephen Zill, in his individual capacity (collectively, the "Defendants") by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 6(b) and Local Civil Rules 6.1 and 7.1, and respectfully move the Court for a fourteen (14) day extension of time through and including July 10, 2026, to file and serve their respective response to Plaintiff's Motion to Seal and Sealed Motion to Enforce Settlement Agreement and for Sanctions. In support of their Motion, Defendants show the Court the following:

1.     On June 12, 2026, Plaintiff Bloom filed a Motion to seal and Sealed Motion to Enforce Settlement Agreement and for Sanctions in this matter. (ECF Nos. 106, 107, 108.)

2.     The current deadline for Defendants to file their responses to the Motions is June 26, 2026 and has not yet expired.

1

3. On June 12, 2026, Counsel J. Matthew Little entered his appearance as counsel for Defendant Chad Brown and Counsel Jennifer Milak. (ECF No. 109.) and filed a Motion for Extension of Time through and including, July 17, 2026. (ECF No. 110.)

4. This Court entered a Text Order granting with modification Defendant Chad Brown's Motion for Extension of Time, and ordered that Responses to ECF Nos. 106 and 108 be filed on or before July 10, 2026. (ECF No. 110.)

5. Due to the undersigned's current caseload deadlines, including a Dispositive Motions deadline of June 29, 2026 in this matter and another matter, and the further complexities involved in this case, Defendants request a fourteen (14) day extension of time through and including July 10, 2026, within which to serve their responses to Plaintiff's Motion to Seal and Motion to Enforce Settlement Agreement and for Sanctions.

6. Plaintiff's counsel does not oppose Defendant's Motion.

7. This Motion is made in good faith and not for purposes of undue delay.

**WHEREFORE**, for the reasons set out above, Defendants respectfully request that the Court grant their Motion to extend the time for Defendants to file and serve their respective response to Plaintiff's Motion to Seal and Sealed Motion to Enforce Settlement Agreement and for Sanctions through and including July 10, 2026.

This 19th day of June, 2026.

**LITTLER MENDELSON P.C.**

BY: */s/ Kathleen K. Lucchesi*
Kathleen K. Lucchesi
N.C. State Bar No. 24386
Kelly A. Walker
N.C. State Bar No. 49535
**LITTLER MENDELSON P.C.**
620 S. Tryon Street Ste. 950
Charlotte North Carolina 28202

2

Telephone: (704) 972-7003
Facsimile: (980) 346-5389
Email: kluccchesi@Littler.com
Email: kewalker@littler.com
*Attorneys for Defendants Gaston County, NC, Gaston Co. Board of County Commissioners, and Stephen Zill*

3

|  |  |
|---|---|
| BRENT ROBERTS and REGINALD E. BLOOM, JR., <br><br> Plaintiffs, <br><br> v. <br><br> GASTON COUNTY, NORTH CAROLINA, GASTON COUNTY BOARD OF COUNTY COMMISSIONERS, in its official capacity, CHAD BROWN, in his individual capacity, and STEPHEN ZILL, in his individual capacity, <br><br> Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I have on this 19th day of June, 2026, filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following counsel of record:

| Jenny L. Sharpe<br>**J SHARPE, PLLC**<br>15720 Brixham Hill Ave<br>Suite 300<br>Charlotte, NC 28277<br>T: (704) 944-3272<br>sharpeattorney@gmail.com<br>*Attorney for Plaintiff* | Julie H. Fosbinder<br>**FOSBINDER LAW OFFICE**<br>840 Seneca Place<br>Charlotte, NC 28210<br>T: (704) 560-8600<br>Jhanfos2@gmail.com<br>*Attorney for Plaintiff* | J. Matthew Little<br>Jennifer B. Milak<br>**TEAGUE CAMPBELL**<br>**DENNIS & GORHAM, LLP**<br>P.O. Box 19207<br>Raleigh, NC 27619-9207<br>T: (919) 719-4730<br>mlittle@teaguecampbell.com<br>jmilak@teaguecampbell.com<br>*Attorney for Defendant Chad Brown and Jennifer B. Milak* |

**LITTLER MENDELSON P.C.**

BY:   */s/ Kathleen K. Lucchesi*
       Kathleen K. Lucchesi
       *Attorney for Defendants*

4