## SETTLEMENT AGREEMENT AND GENERAL RELEASE









4







Case 3:24-cv-00927-DCK    Document 129-1    Filed 07/20/26    Page 7 of 14



3



Case 3:24-cv-00927-DCK    Document 129-1    Filed 07/20/26    Page 9 of 14





6



7



Case 3:24-cv-00927-DCK    Document 129-1    Filed 07/20/26    Page 13 of 14