**Exhibit C**

**Lucchesi, Kathleen**

| | |
|---|---|
| **From:** | jenny sharpe <sharpeattorney@gmail.com> |
| **Sent:** | Sunday, June 7, 2026 11:44 AM |
| **To:** | Lucchesi, Kathleen |
| **Cc:** | Julie Fosbinder; Sarah Kromer; Walker, Kelly; Venable, Patricia |
| **Subject:** | Re: Draft Consent Motion to Extend CMO Deadlines - Bloom v. Gaston County |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Please provide us with your expert's availability.  Thank you.

Jen
Jenny L. Sharpe
Attorney at Law

J Sharpe, PLLC
**15720 Brixham Hill Avenue**
**Suite 300**
**Charlotte, North Carolina  28277**
**Telephone:  (704) 944-3272**
**Facsimile:   (704) 944-3201**

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

PRIVILEGED AND CONFIDENTIAL: This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission.

On Fri, Jun 5, 2026 at 7:23 PM Lucchesi, Kathleen <KLucchesi@littler.com> wrote:
Assuming the Court grants the extension for SJ thru  June 29, we'll agree to up to June 22 to complete Chief Yaniero's deposition. That leaves a week to get the rush transcript.

Also, I'll send over for payment Chief Yaniero's invoice from his first deposition in a separate email.

**Kathleen K. Lucchesi**
**Shareholder**

+1 704.972.7011 direct, +1 980.800.7938 mobile
620 South Tryon Street, Suite 950, Charlotte, NC 28202
KLucchesi@littler.com



**From:** Julie Fosbinder <jhanfos2@gmail.com>
**Sent:** Friday, June 5, 2026 5:03 PM
**To:** Lucchesi, Kathleen <KLucchesi@littler.com>
**Cc:** jenny sharpe <sharpeattorney@gmail.com>; Sarah Kromer <sarah@kromergroup.com>; Walker, Kelly <KeWalker@littler.com>; Venable, Patricia <PVenable@littler.com>
**Subject:** Re: Draft Consent Motion to Extend CMO Deadlines - Bloom v. Gaston County

The problem with two weeks will be scheduling. Let's agree to 3 weeks if you have time available the week of June 15 and 22nd.

On Fri, Jun 5, 2026 at 5:00 PM Lucchesi, Kathleen <KLucchesi@littler.com> wrote:
> The only outstanding deposition noticed by Plaintiff is defense expert Mike Yaniero. We can agree to allow you to complete that deposition, but the completion time will need to be shorter than 4 weeks since that puts you outside the MSJ deadline. We can agree to 2 weeks.
>
> **Kathleen K. Lucchesi**
> **Shareholder**
> +1 704.972.7011 direct, +1 980.800.7938 mobile
> 620 South Tryon Street, Suite 950, Charlotte, NC 28202
> KLucchesi@littler.com



**From:** Julie Fosbinder <jhanfos2@gmail.com>
**Sent:** Friday, June 5, 2026 4:48:44 PM
**To:** Lucchesi, Kathleen <KLucchesi@littler.com>
**Cc:** jenny sharpe <sharpeattorney@gmail.com>; Sarah Kromer <sarah@kromergroup.com>; Walker, Kelly <KeWalker@littler.com>; Venable, Patricia <PVenable@littler.com>
**Subject:** Re: Draft Consent Motion to Extend CMO Deadlines - Bloom v. Gaston County

Kathi:

The motion is fine so long as you agree to allow us to complete depositions in the next four weeks.

Julie

On Fri, Jun 5, 2026 at 4:30 PM Lucchesi, Kathleen <KLucchesi@littler.com> wrote:

Hi Jenny and Julie,

Per my discussion with Sarah this afternoon, please find attached for your review the proposed draft motion and order extending the current mediation report and dispositive motions deadlines by one week. Please let me know if this is acceptable to you.

Thanks,

Kathi

**Kathleen K. Lucchesi**
**Shareholder**
+1 704.972.7011 direct, +1 980.800.7938 mobile
620 South Tryon Street, Suite 950, Charlotte, NC 28202
KLucchesi@littler.com



-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--
Julie H. Fosbinder

Fosbinder Law Office
840 Seneca Place
Charlotte, NC 28210
Phone: (704) 333-1428
Cell:  (704) 560-8600
Fax: (704) 333-1431


NOTICE:  This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information.  The sender does not intend to waive any privilege,including the attorney-client privilege, that may attach to this communication.If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication.  If you have received this communication in error,please notify the sender immediately by email and delete this communication
and all copies.


--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.


--
Julie H. Fosbinder
Fosbinder Law Office
840 Seneca Place
Charlotte, NC 28210
Phone: (704) 333-1428
Cell:  (704) 560-8600
Fax: (704) 333-1431


NOTICE:  This communication (including any attachment) is being sent by or on behalf of a lawyer or law firm and may contain confidential or legally privileged information.  The sender does not intend to waive any privilege,including the attorney-client privilege, that may attach to this communication.If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication.  If you have received this communication in error,please notify the sender immediately by email and delete this communication
and all copies.

------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.