# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
Civil Action No. 3:24-cv-0927-DCK

| | | |
|---|---|---|
| REGINALD E. BLOOM, JR., | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GASTON COUNTY, NORTH | ) | **MOTION FOR SANCTIONS** |
| CAROLINA, THE GASTON COUNTY | ) | |
| BOARD OF COUNTY | ) | |
| COMMISSIONERS, and CHAD BROWN, | ) | |
| In His Individual Capacity and STEPHEN | ) | |
| ZILL, In His Individual Capacity, | ) | |
| | ) | |
|     Defendants. | ) | |

Defendant Chad Brown ("Commissioner Brown") and Jennifer B. Milak ("Ms. Milak"), pursuant to Rule 11 of the Federal Rules of Civil Procedure, reluctantly submit their Motion for Sanctions and move this Court to impose the appropriate sanctions on attorneys Jenny L. Sharpe ("Ms. Sharpe") and Julie H. Fosbinder ("Ms. Fosbinder"). This Motion is based on attorneys Sharpe and Fosbinder's conduct in filing a Motion to Enforce Settlement and for Sanctions [D.E. 106] that they knew lacked a good faith basis in fact and was not supported by existing law. The actions of attorneys Sharpe and Fosbinder in filing D.E. 106 were frivolous, malicious and warrant the imposition of sanctions pursuant to the provisions of Rule 11. Pursuant to Rule 11(c)(2) of the Federal Rules of Civil Procedure, a draft of this Motion was provided to Plaintiff's counsel on July 1, 2026. In support of their Motion, Commissioner Brown and Ms. Milak incorporate by reference their Memorandum of Law filed contemporaneously herewith.

the 24th day of July, 2026.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: _/s/ J. Matthew Little_
J. Matthew Little
State Bar No. 20032
P.O. Box 19207
Raleigh, NC 27619-9207
Telephone: (919) 873-0166
Facsimile: (919) 873-1814
mlittle@teaguecampbell.com
***Attorney for Defendant Chad Brown and***
***Jennifer B. Milak***

2

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon all other parties to this cause through the Court's electronic filing system and as follows:

Jenny L. Sharpe
J Sharpe, PLLC
15720 Brixham Hill Avenue
Suite 300
Charlotte, NC 28277
sharpeattorney@gmail.com
***Attorney for Plaintiff***

Julie H. Foshbinder
Foshbinder Law Office
840 Seneca Place
Charlotte, NC 28210
jhanfos2@gmail.com
***Attorney for Plaintiff***

Kathleen K. Lucchesi
Daniel Q. Leake II
Jackson Lewis
200 South College Street
Suite 1550
Charlotte, NC 28202
Kathleen.Lucchesi@jacksonlewis.com
Daniel.Leake@jacksonlewis.com
***Attorneys for Defendants Gaston County***
***and Stephen Zill***

This the 24th day of July, 2026.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: ___*/s/ J. Matthew Little*_____
J. Matthew Little
***Attorney for Defendants Chad Brown and Jennifer B.***
***Milak***

3