IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-0927-DCK

REGINALD E. BLOOM, JR.,            )
                                   )
    Plaintiffs,                    )
                                   )
vs.                                )
                                   )
GASTON COUNTY, NORTH               )            **MOTION TO SEAL**
CAROLINA, THE GASTON COUNTY        )
BOARD OF COUNTY                    )
COMMISSIONERS, and CHAD BROWN,     )
In His Individual Capacity and STEPHEN )
ZILL, In His Individual Capacity,  )
                                   )
    Defendants.                    )
_____

Defendant Chad Brown ("Commissioner Brown") and Jennifer B. Milak ("Ms. Milak"), pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, Local Civil Rules 6.1 and 7.1 of the Western District of North Carolina, and the Consent Protective Order entered in this action [D.E. 66], respectfully move this Court for an Order permitting the filing under seal of their Rule 11 Motion for Sanctions. In support of this Motion, Commissioner Brown and Ms. Milak state that they are contemporaneously filing a Memorandum of Law setting forth the factual and legal basis supporting this Motion to Seal and demonstrating that sealing is appropriate under applicable law and the terms of the Consent Protective Order.

**WHEREFORE**, Commissioner Brown and Ms. Milak respectfully request that the Court enter an Order permitting the Rule 11 Motion for Sanctions and any accompanying sealed exhibits to be filed under seal, together with such other and further relief as the Court deems just and proper.

the 24th day of July, 2026.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY:   */s/ J. Matthew Little*
          J. Matthew Little
          State Bar No. 20032
          P.O. Box 19207
          Raleigh, NC 27619-9207
          Telephone: (919) 873-0166
          Facsimile: (919) 873-1814
          mlittle@teaguecampbell.com
          ***Attorney for Defendant Chad Brown and***
          ***Jennifer B. Milak***

2

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that the undersigned has this date served the foregoing in the above-entitled action upon all other parties to this cause through the Court's electronic filing system and as follows:

Jenny L. Sharpe
J Sharpe, PLLC
15720 Brixham Hill Avenue
Suite 300
Charlotte, NC 28277
sharpeattorney@gmail.com
***Attorney for Plaintiff***

Julie H. Foshbinder
Foshbinder Law Office
840 Seneca Place
Charlotte, NC 28210
jhanfos2@gmail.com
***Attorney for Plaintiff***

Kathleen K. Lucchesi
Daniel Q. Leake II
Jackson Lewis
200 South College Street
Suite 1550
Charlotte, NC 28202
Kathleen.Lucchesi@jacksonlewis.com
Daniel.Leake@jacksonlewis.com
***Attorneys for Defendants Gaston County
and Stephen Zill***

This the 24th day of July, 2026.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: ___*/s/ J. Matthew Little*_____
J. Matthew Little
***Attorney for Defendants Chad Brown and Jennifer B.
Milak***

3