# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:24-CV-927-DCK

| | |
|---|---|
| REGINALD E. BLOOM, JR., ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **ORDER** |
| ) | |
| GASTON COUNTY, NORTH ) | |
| CAROLINA, et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Leave To File Under Seal…" (Document No. 131), Chad Brown and Jennifer Milak's "Motion To Seal" (Document No. 134), and "Plaintiff's Motion For Leave To File Under Seal…" (Document No. 139). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will <u>deny</u> the motions without prejudice.

The undersigned notes that the movants have failed to comply with Local Rule 7.1(b) <u>and</u> failed to file redacted versions of the documents they seek to seal. The undersigned issued an Order on July 14, 2026, that stated the following:

> Having considered the factors provided in LCvR 6.1(c), the Court will grant the motions to seal. However, the undersigned notes that Movants have failed to abide by Local Rule 7.1(b) and have failed to include redacted versions of the documents they seek to seal. <u>See</u> (Document No. 104). **Future motions by the Parties (or non-parties) that fail to comply with Local Rule 7.1(b), and/or motions to seal that fail to contemporaneously file publicly-available redacted versions of the documents the movant proposes to seal, will most likely be summarily denied**.

(Document No. 125, pp. 2-3) (emphasis added); <u>see also</u> (Document No. 124, p. 2) ("Counsel for

the Parties are respectfully advised to abide by Local Rule 7.1(b) regarding future motions ….") and (Document No. 104). Movants are respectfully reminded that motions to seal must also address the requirements of Local Rule 6.1.

A party who seeks to seal any pleading must comply with the Local Rules of this Court. Local Civil Rule("LCvR") 6.1 provides in relevant part as follows:

**LCvR. 6.1 SEALED FILINGS AND PUBLIC ACCESS.**

**(a)** *Scope of Rule*. To further openness in civil case proceedings, **there is a presumption under applicable common law and the First Amendment that materials filed in this Court will be filed unsealed**. This Rule governs any party's request to seal, or otherwise restrict public access to, any materials filed with the Court or used in connection with judicial decision- making. As used in this Rule, "materials" includes pleadings and documents of any nature and in any medium or format.

**(b)** *Filing under Seal*. No materials may be filed under seal except by Court order, pursuant to a statute, or in accordance with a previously entered Rule 26(e) protective order.

**(c)** *Motion to Seal or Otherwise Restrict Public Access*. A party's request to file materials under seal must be made by formal motion, separate from the motion or other pleading sought to be sealed, pursuant to LCvR 7.1. Such motion must be filed electronically under the designation "Motion to Seal." The motion must set forth:

> **(1)** A non-confidential description of the material sought to be sealed;
> **(2)** A statement indicating why sealing is necessary and why there are no alternatives to filing under seal;
> **(3)** Unless permanent sealing is sought, a statement indicating how long the party seeks to have the material maintained under seal and how the matter is to be handled upon unsealing; and
> **(4)** Supporting statutes, case law, or other authority.

LCvR 6.1 (emphasis added).

Having considered the Local Rules and the record of this case, the Court will deny the pending motions to seal. Future motions by the Parties (or non-parties) that fail to comply with Local Rules 7.1(b), and motions to seal that fail to contemporaneously file publicly-available redacted versions of the documents the movant proposes to seal, may be summarily denied and/or may result in sanctions.

**IT IS, THEREFORE, ORDERED** "Plaintiff's Motion For Leave To File Under Seal…" (Document No. 131) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** Chad Brown and Jennifer Milak's "Motion To Seal" (Document No. 134) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** "Plaintiff's Motion For Leave To File Under Seal…" (Document No. 139) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Movants shall file revised motions to seal that comply with the Local Rules of this Court and the Orders of this Court, on or before **August 14, 2026**.

**SO ORDERED**.

Signed: August 10, 2026

David C. Keesler
United States Magistrate Judge

3